

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Timothy Brent Claiborne, Appellant

No. 06-24-00085-CV      v.

Lindy Gordon, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. CV-2024-7884). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Timothy Brent Claiborne, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 11, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk